| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**BARRY SHARER, TRUSTEE**<br>**SHARER PETREE BROTZ & SNYDER**<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, New Jersey 08043<br>(856) 335-1337<br>Chapter 7 Trustee | **Order Filed on August 1, 2017**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>    **MICHELE KATZ** | Case No.: 17-22163<br><br>Hearing Date:            ,2017<br><br>Judge: CMG |

**CONSENT ORDER GRANTING EXTENSION OF TIME**
**FOR TRUSTEE TO OBJECT TO EXEMPTIONS AS WELL AS DISCHARGE**

   The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: August 1, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor:     MICHELE KATZ
Case no:    17-22163

Caption of Order: Order Granting Extension of time for Trustee to Object to Exemptions as Well as Discharge

**This Consent Order** entered into by and between Barry R. Sharer, Chapter 7 Trustee for,Michele Katz, Debtor(s) through her attorney, Lawrence Luttrell,

**IT IS HEREBY ORDERED** that the Debtor(s) hereby grants and extends the Trustee and the Office of the U.S. Trustee an additional period of sixty (90) days within which the Trustee can exercise the right to file an objection to Debtor's exemptions as well as discharge under §727, with the date being set as December 12. 2017.


By: /s/ Barry R. Sharer
    Barry R. Sharer
    Chapter 7  Trustee


    By: /s/ Lawrence W. Luttrell
     Lawrence W. Luttrell
    Counsel for the Debtor(s)