| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**BARRY SHARER, TRUSTEE**<br>**SHARER PETREE BROTZ & SNYDER**<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, New Jersey 08043<br>(856) 335-1337<br>Chapter 7 Trustee | Order Filed on August 1, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>**MICHELE KATZ** | Case No.: 17-22163<br><br>Hearing Date:               ,2017<br><br>Judge: CMG |

**CONSENT ORDER GRANTING EXTENSION OF TIME**
**FOR TRUSTEE TO OBJECT TO EXEMPTIONS AS WELL AS DISCHARGE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: August 1, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor:      MICHELE KATZ
Case no:     17-22163

Caption of Order: Order Granting Extension of time for Trustee to Object to Exemptions as Well as Discharge

    **This Consent Order** entered into by and between Barry R. Sharer, Chapter 7 Trustee for,Michele Katz, Debtor(s) through her attorney, Lawrence Luttrell,

    **IT IS HEREBY ORDERED** that the Debtor(s) hereby grants and extends the Trustee and the Office of the U.S. Trustee an additional period of sixty (90) days within which the Trustee can exercise the right to file an objection to Debtor's exemptions as well as discharge under §727, with the date being set as December 12. 2017.

By: /s/ Barry R. Sharer
    Barry R. Sharer
    Chapter 7  Trustee


    By: /s/ Lawrence W. Luttrell
     Lawrence W. Luttrell
    Counsel for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  
Michele Katz  
      Debtor

Case No. 17-22163-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 01, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2017.  
db            +Michele Katz,   8 Belle Terre Drive,    Englishtown, NJ 07726-4523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2017 at the address(es) listed below:  
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,  
           BSharer@SharerPBS.com;nj83@ecfcbis.com  
          Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com  
          Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation  
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Lawrence W. Luttrell    on behalf of Debtor Michele  Katz larryluttrell@lwlpc.com,  
           renee@lwlpc.com;cathylee@lwlpc.com  
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                          TOTAL: 5