Certificate Number: 15317-NJ-DE-029800891

Bankruptcy Case Number: 17-22163



15317-NJ-DE-029800891

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 29, 2017</u>, at <u>9:33</u> o'clock <u>AM PDT</u>, <u>Michele Katz</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 29, 2017</u>          By:     <u>/s/Jerry Fajardo</u>

Name:  <u>Jerry Fajardo</u>

Title:   <u>Counselor</u>