UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  KATZ, MICHELE

Case No.: 17-22163
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__Barry R. Sharer__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st Floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __10/10/17__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
8 Belle Terre Dr.
Englishtown, NJ
Value: $400,000.00
debtor owns 1/2 interest

Liens on property:    Roundpoint - $351,232.00

Amount of equity claimed as exempt:  $24,384.00

Objections must be served on, and requests for additional information directed to:

Name:  Barry R. Sharer, Trustee
Address:  1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043
Telephone No.:  856-435-3200

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 17-22163-CMG
Michele Katz                                                        Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 1                  Date Rcvd: Sep 12, 2017
                               Form ID: pdf905              Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
db             +Michele Katz,    8 Belle Terre Drive,    Englishtown, NJ 07726-4523
516880995      +At&T Universal Citi Card,    Po Box 6500,    Sioux Falls, SD 57117-6500
516880996     #+Bank Of America,   Nc4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
516880997      +Chase Card,   Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516880998      +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
516880999      +Citibank/Exxon Mobile,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516881002      +Philip Katz,    8 Belle Terre Drive,    Manalapan, NJ 07726-4523
516881003      +Roundpoint Mortgage,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1934
516881004      +State of NJ HESAA,    4 Quakerbridge Plaza,    Trenton, NJ 08619-1241
516881005      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516881006      +Wells Fargo,    P.O. Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2017 00:34:53      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2017 00:34:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516881000      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 13 2017 00:34:05      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516881001      +E-mail/Text: bnc@nordstrom.com Sep 13 2017 00:34:13      Nordstrom Fsb,   Correspondence,
                 Po Box 6555,    Englewood, CO 80155-6555
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer     CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Lawrence W. Luttrell    on behalf of Debtor Michele  Katz larryluttrell@lwlpc.com,
               renee@lwlpc.com;cathylee@lwlpc.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```