UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: | Case no.: 17-22163
Michele Katz | Chapter: 7
| Judge: Gravelle
Debtor(s) |

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
8 Belle Terre Dr., Englishtown, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 10/5/2017          By: Gary A. Nau

*rev.2/10/17*